# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Jocelyn Mammen,

                              *Plaintiff,*

v.                                                  Case No. 0:18−cv−00640−WMW−BRT

Hartford Life & Accident Insurance
Company, et al.,

                              *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  Hartford Life & Accident Insurance Company

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          Denise Yegge Tataryn
          8050 W 78th St
          Edina, MN
          55439

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*        By:



Signature of Clerk or Deputy Clerk
Jennifer Dunbar Fannemel

Date of Issuance:  <u>March 8, 2018</u>

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:18−cv−00640−WMW−BRT

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Hartford Life & Accident Insurance Company

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

Jocelyn Mammen,

                               *Plaintiff,*

v.                                                       Case No. 0:18−cv−00640−WMW−BRT

Hartford Life & Accident Insurance
Company, et al.,

                               *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:    Target Corporation − LTD Reserve Buy−Out, Plan/Plan Administrator

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Denise Yegge Tataryn
                8050 W 78th St
                Edina, MN
                55439

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*        By:



Signature of Clerk or Deputy Clerk
Jennifer Dunbar Fannemel

Date of Issuance:  <u>March 8, 2018</u>

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:18−cv−00640−WMW−BRT

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:	Target Corporation − LTD Reserve Buy−Out, Plan/Plan Administrator

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: