## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **JOCELYN MAMMEN,** | ) |
| | ) |
| **Plaintiff,** | ) Case No.:  0:18-cv-00640-WMW-BRT |
| | ) |
| v. | ) **STIPULATION FOR EXTENSION** |
| | ) **OF TIME TO ANSWER OR** |
| **HARTFORD LIFE AND ACCIDENT** | ) **OTHERWISE PLEAD** |
| **INSURANCE COMPANY; TARGET** | ) |
| **CORPORATION – LTD RESERVE** | ) |
| **BUY-OUT, PLAN/PLAN** | ) |
| **ADMINISTRATOR,** | ) |
| | ) |
| **Defendant.** | ) |

Plaintiff, Jocelyn Mammen, and Defendant, Hartford Life and Accident Insurance Company ("Hartford"), in light of the facts set forth below, stipulate to an extension of time to April 20, 2018 for Hartford to answer or otherwise plead in response to Plaintiff's Complaint:

1. The Complaint in this matter was filed on March 7, 2018, and Hartford was served on March 9, 2018.

2. Accordingly, Hartford's responsive pleading is due on March 30, 2018.

3. Hartford requires an additional period of time (21 days) in which to review its file and prepare a good faith responsive pleading.

4. Counsel for Hartford has conferred with counsel for Plaintiff, who has no objection to Hartford's request for an additional twenty-one (21) days, to and including April 20, 2018, for Hartford to answer or otherwise plead to the Complaint.

WHEREFORE, Defendant Hartford Life and Accident Insurance Company respectfully requests an additional twenty-one (21) days, to and including April 20, 2018 to answer or otherwise plead to the Complaint.

Dated: March 29, 2018.

**HUHTA LAW FIRM, PLLC**

s/Adam S. Huhta
Adam S. Huhta (#236470)
Huhta Law Firm, PLLC
36 South 9th Street, Suite 200
Minneapolis, Minnesota 55402
adam@huhtalaw.com
Tel.: (612) 353-4044
Fax: (612) 353-4085

Attorneys for Defendant Hartford Life and Accident Insurance Company

**HELLMUTH & JOHNSON, PLLC**

s/ Denise Yegge Tataryn (w/consent)
Denise Yegge Tataryn (#179127)
8050 West 78th Street
Edina, Minnesota 55439
dtataryn@hjlawfirm.com
Tel:   (952)941-4005
Fax:   (952) 941-2337

Attorney for Plaintiff, Jocelyn Mammen