## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **JOCELYN MAMMEN,** | ) |
| | ) |
| **Plaintiff,** | ) Case No.: 0:18-cv-00640-WMW-BRT |
| | ) |
| v. | ) **STIPULATION TO DISMISS** |
| | ) **WITHOUT PREJUDICE** |
| **HARTFORD LIFE AND ACCIDENT** | ) |
| **INSURANCE COMPANY; TARGET** | ) |
| **CORPORATION – LTD RESERVE** | ) |
| **BUY-OUT, PLAN/PLAN** | ) |
| **ADMINISTRATOR,** | ) |
| | ) |
| **Defendant.** | ) |

Plaintiff, Jocelyn Mammen, and Defendant, Hartford Life and Accident Insurance Company ("Hartford"), by and through their respective counsel, pursuant to Rule 41(a)(1)(A), hereby notify the Court that the proper Defendant in this matter is Hartford only, as Hartford fully insures the Plan at issue. Therefore, the Parties stipulate to the dismissal, without prejudice, of Defendant Target Corporation – LTD Reserve Buy-Out, Plan/Plan Administrator.

Dated: March 29, 2018.         **HUHTA LAW FIRM, PLLC**

s/Adam S. Huhta
Adam S. Huhta (#236470)
Huhta Law Firm, PLLC
36 South 9th Street, Suite 200
Minneapolis, Minnesota 55402
adam@huhtalaw.com
Tel.: (612) 353-4044
Fax: (612) 353-4085

Attorneys for Defendant Hartford Life and Accident Insurance Company

2

**HELLMUTH & JOHNSON, PLLC**

s/ Denise Yegge Tataryn (w/consent)
Denise Yegge Tataryn (#179127)
8050 West 78th Street
Edina, Minnesota 55439
dtataryn@hjlawfirm.com
Tel:    (952)941-4005
Fax:    (952) 941-2337

Attorney for Plaintiff, Jocelyn Mammen