UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jocelyn Mammen, | Case No. 18-cv-0640 (WMW/BRT) |
| Plaintiff, | **ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT TARGET CORPORATION - LTD RESERVE BUY-OUT, PLAN/PLAN ADMINISTRATOR** |
| v. | |
| Hartford Life & Accident Insurance Company, Target Corporation – LTD Reserve Buy-Out, Plan/Plan Administrator, | |
| Defendants. | |

Based upon the Stipulation for Dismissal (Dkt. 9), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that Defendant **Target Corporation – LTD Reserve Buy-Out, Plan/Plan Administrator** is dismissed without prejudice and with each party bearing its own costs and attorneys' fees in connection with this matter.

Dated:   May 8, 2018

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge