# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jocelyn Mammen,<br><br>   Plaintiff,<br><br>v.<br><br>Hartford Life & Accident Insurance Company,<br><br>   Defendant. | COURT MINUTES – CIVIL<br>BEFORE: BECKY R. THORSON<br>U.S. MAGISTRATE JUDGE<br><br>Case No:  18-640 WMW/BRT<br>Date:  August 3, 2018<br>Time Commenced: 9:00 am<br>Time Concluded: 9:15 am<br>Time in Court: 15 Minutes |

Hearing on: **TELEPHONE STATUS CONFERENCE**

**APPEARANCES:**

  Plaintiff:  Denise Yegge Tataryn

  Defendant: Elizabeth G. Doolin

**PROCEEDINGS:**

  X  By Telephone

**Other Remarks:**

  Telephone status conference held.

              *s/ Melissa S. Kruger*
              Courtroom Deputy/Judicial Assistant