UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOCELYN MAMMEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 0:18-CV-00640-WMW-ECW |
| ) | |
| HARTFORD LIFE & ) | |
| ACCIDENT INSURANCE ) | Judge Wilhelmina M. Wright |
| COMPANY, ) | Magistrate Judge Elizabeth Cowan Wright |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff is hereby dismissed on its merits with prejudice by stipulation of the parties, without costs, disbursements or attorneys' fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: **November 26, 2018**   **HELLMUTH & JOHNSON, PLLC**

/s/ Denise Yegge Tataryn (w/consent)
Denise Yegge Tataryn (#179127)
8050 West 78th Street
Edina, Minnesota 55439
Tel:   (952)941-4005
Fax:   (952) 941-2337
dtataryn@hjlawfirm.com

*Attorney for Plaintiff*

Dated: **November 26, 2018**  **Chittenden, Murday & Novotny LLC**

/s/ Elizabeth G. Doolin
Elizabeth G. Doolin
(Pro Hac Vice, IL #6210358)
CHITTENDEN, MURDAY & NOVOTNY LLC
303 W. Madison Street, Suite 1400
Chicago, IL 60606
(312) 281-3600 (tel)
(312) 281-3678 (fax)
edoolin@cmn-law.com


Adam S. Huhta
Huhta Law Firm, PLLC
36 South 9th Street
Suite 200
Minneapolis, MN 55402
(612) 353-4044
adam@huhtalaw.com

*Attorneys for Defendant*