## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| **JOCELYN MAMMEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 0:18-CV-00640-WMW-ECW** |
| | ) | |
| **HARTFORD LIFE &** | ) | **Judge Wilhelmina M. Wright** |
| **ACCIDENT INSURANCE** | ) | **Magistrate Judge Elizabeth Cowan Wright** |
| **COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### <u>ORDER OF DISMISSAL</u>

This matter coming to be heard on the parties' Stipulation of Dismissal, the Court being fully advised in the premises, it is **HEREBY ORDERED THAT**:

The above-entitled action is dismissed with prejudice as between Plaintiff and Defendant, with each party to bear its own attorneys' fees and costs.

**SO ENTERED**:

DATED:_____          _____
                                          United States District Court Judge